WEST SHORE RAILROAD COMPANY, APPELLANT, v. STATE BOARD OF ASSESORS ET AL., APPELLEES.

Submitted December 9, 1912—Decided March 3, 1913.

On appeal from the Supreme Court, whose opinion is reported in 53 *Vroom* 37.

For the appellant, *Vredenburgh, Wall & Carey.*

For the appellees, *Edmund Wilson,* attorney-general, and *John R. Hardin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, PARKER, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, TREACY, JJ. 11.

*For reversal*—None.